UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DERRICK TAYLOR,
*Plaintiff,*

v.

WAYNE CHOINSKI, ET. AL.,
*Defendant.*

CIVIL NO: 3:08Cv807(HBF)(JGM)

APRIL 21, 2011

FILED
2011 APR 21  P 3: 44
U.S. DISTRICT COURT
NEW HAVEN, CT

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above entitled action hereby stipulate that the matter may be dismissed with prejudice and without costs or attorneys' fees to any party in accordance with the plaintiff's signed release entered into between the parties to this matter. The release is not a settlement agreement, and it does not require judicial approval and/or oversight. The parties agree that there is no federal jurisdiction to enforce the terms of the release. The parties agree that the terms of the release are not incorporated into the order of dismissal. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 128 L. Ed. 2d 391, 114 S. Ct. 1673 (1994).

PLAINTIFF
DERRICK TAYLOR

*/s/ Jerald S. Barber*

Jerald S. Barber
Williams & Barber
55 Church Street
Suite 800 A
New Haven, CT 06510
203-787-2236
Email: Jerald_s_barber@sbcglobal.net

DEFENDANTS
WAYNE CHOINSKI, ET. AL.

GEORGE JEPSEN
ATTORNEY GENERAL

*/s/ Steven R. Strom*

Steven R. Strom
Assistant Attorney General
110 Sherman St.
Hartford, Ct 06105
tel.: 860-808-5450
fax: 860-808-5591
Email: steven.strom@ct.gov